U.S. Department of Justice
United
Eastern
271 Cad
Brooklyn
Official B

TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

United States

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jason Christopher Hughes

-v.-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff ____  Defendant ____  DOJ ✓
Name: AUSA Michael T. Keilty
Firm Name: USAO
Address: 271 Cadman Plaza E.
Brooklyn, NY 11201
Phone Number: 718-254-7528
E-Mail Address: michael.keilty@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓
If yes, state description of document to be entered on docket sheet:
_____

MANDATORY CERTIFICATION OF SERVICE:
A) ____ A copy of this application either has been or will be promptly served upon all parties to this action. B) ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____; or C) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

03/16/2017
DATE

_____
SIGNATURE



17 M 244
D. Number

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ____
Judge/Magistrate Judge: ____
Date Entered: ____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal
_____

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn
       03/16/

S/LB
_____
U.S. DISTRICT ___ JUDGE

RECEIVED IN CLERK'S OFFICE 03/16/2017
DATE